

# Mars Khaimov Law, PLLC

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

E-mail: mars@khaimovlaw.com

August 5, 2022

**BY ECF**
Honorable Judge Schofield
United States District Court
Southern District of New York
40 Centre Street
New York, New York 10007

      Re:     Lamar Brown v. Sola Salon Studios LLC; 1:22-cv-4737LGS

To the Honorable Judge Schofield,

      This office represents the Plaintiff of the above-referenced action. This letter is in response to the directive issued in Your Honor's order dated August 4, 2022 (Dkt. No. 8). Please accept this letter as a status update on the matter.

      Plaintiff commenced this action on June 7, 2022. On that date, a request for issuance for a summons was filed (Dkt. No. 3). The request was deficient and was not accepted by the court. An updated and corrected request for issuance of a summons was filed on August 2, 2022 (Dkt. No. 6), after which a summons was issued on August 3, 2022 (Dkt. No. 7). The Summons and Complaint were then sent out for service on August 4, 2022. As such, Defendant has not yet been served, and Plaintiff respectfully requests an adjournment of the initial pretrial conference, currently scheduled for August 10, 2022. Plaintiff has not yet been in communication with Defendant, and requests some time for service to be effectuated and for the parties to be in touch. Plaintiff requests a 60-day adjournment for that to take place

Respectfully,

/s/ Mars Khaimov, Esq.

Application GRANTED in part and DENIED in part.  Pursuant to Federal Rule of Civil Procedure 4(m), if the Complaint is not served by September 5, 2022, the case will be dismissed.

The initial pretrial conference scheduled for August 10, 2022, is adjourned to **September 7, 2022, at 4:00 P.M.**.  At that time, the parties shall dial 888-363-4749 and use access code 558-3333.  The time of the conference is approximate but the parties shall be ready to proceed by that time.  The deadline for the parties to file the joint letter and proposed civil case management plan and scheduling order is extended to **August 31, 2022, at 12:00 P.M.**.

Dated: August 8, 2022
      New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE