UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
LAMAR BROWN,                                                :
                              Plaintiff,                    :
                                                            :     22 Civ. 4737 (LGS)
            -against-                                       :
                                                            :     ORDER
SOLA SALON STUDIOS LLC,                                     :
                              Defendant.                    :
                                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated September 8, 2022, required the parties to file a proposed case management plan and joint letter by September 21, 2022;

WHEREAS, the initial pretrial conference is currently scheduled for September 28, 2022, at 4:00 P.M.;

WHEREAS, the parties failed to file the joint letter or proposed case management plan. It is hereby

**ORDERED** the parties shall file a joint letter and proposed case management plan as soon as possible and no later than **September 23, 2022, at 3:00 P.M.**

Dated: September 22, 2022
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**